UNITES STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHN A. CASCIANI,

          Plaintiff,

v.

NEWCOMB OIL COMPANY, INC.,
NOC HOLDING, INC.,
MIJ ENTERPRISE, INC.,
JAMES F. REITZE,
SPEEDY CLEANER, INC.,
SPEEDY, LLC,

          Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL**

Civil Action No.: 08-cv-6309

---

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to F.R.C.P. 41(a)(1)(A)(ii), that Plaintiff, JOHN A. CASCIANI, voluntarily dismisses the above-captioned action as to: (1) defendant SPEEDY, LLC, without a court order, *with prejudice and on the merits*, and as to (2) defendants Newcomb Oil Company, Inc., NOC Holding, Inc., MIJ Enterprise, Inc., James F. Reitze, Speedy Cleaner, Inc., *without prejudice*, by and between the undersigned attorneys for the parties hereto who have appeared in this action, and that any claims, counterclaims, and cross-claims raised or not raised by and between the parties, be and the same hereby are discontinued as indicated without costs or fees of any kind, as to either party as against the other.

Dated: October 18, 2013

BOND SCHOENECK & KING PLLC

_____
Karl S. Essler, Esq
*Attorneys for Plaintiff*

Dated: October 17, 2013

GOLDBERG SEGALLA LLP

_____
Patrick B. Naylon, Esq.
*Attorneys for Defendant, Speedy, LLC*

350 Linden Oaks, Suite 310  
Rochester, New York 14625  
Telephone: (585) 362-4700  
E-mail: Kessler@bsk.com

1200 State Street  
2 State Street  
Rochester, New York 14614  
Telephone: (585) 295-8320  
E-mail: pnaylon@goldbergsegalla.com

Dated: October 25, 2013

Dated: October ____, 2013

LECLAIR RYAN

UNDERBERG KESSLER LLP

*/s/ Colleen D. Holland*

Colleen D. Holland, Esq.  
*Attorneys for Defendant Newcomb Oil Company, Inc.*  
70 Linden Oaks, Suite 210  
Rochester, New York 14625  
Telephone: (585) 270-2100  
E-mail: colleen.holland@leclairryan.com

_____  
Ronald G. Hull, Esq.  
*Attorneys for Defendant MIJ Enterprises, Inc. d/b/a Carriage Cleaners and James F. Reitze*  
300 Bausch & Lomb Place  
Rochester, New York 14604  
Telephone: (585) 258-2821  
E-mail: ronhull@underbergkessler.com

1284268

350 Linden Oaks, Suite 310  
Rochester, New York 14625  
Telephone: (585) 362-4700  
E-mail: Kessler@bsk.com

1200 State Street  
2 State Street  
Rochester, New York 14614  
Telephone: (585) 295-8320  
E-mail: pnaylon@goldbergsegalla.com

Dated: October _____, 2013

Dated: October 25, 2013

LECLAIR RYAN

UNDERBERG KESSLER LLP

_____  
Colleen D. Holland, Esq.  
*Attorneys for Defendant Newcomb Oil*  
*Company, Inc.*  
70 Linden Oaks, Suite 210  
Rochester, New York 14625  
Telephone: (585) 270-2100  
E-mail: colleen.holland@leclairryan.com

_____  
Ronald G. Hull, Esq.  
*Attorneys for Defendant MIJ Enterprises,*  
*Inc. d/b/a Carriage Cleaners and James F.*  
*Reitze*  
300 Bausch & Lomb Place  
Rochester, New York 14604  
Telephone: (585) 258-2821  
E-mail: ronhull@underbergkessler.com

1284268

SO ORDERED:

_____  
Hon. David G. Larimer  
United States District Judge  
October 30, 2013